IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| WESSAM GHABIN | § § | case no. 17-42028 |
| DEBTOR | § | |

ORDER ON MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

CAME ON to be considered this day the Motion of Wessam Ghabin, Debtor to Dismiss. The Court having reviewed the pleading is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED the above case is dismissed.

Signed on 2/20/2018

*Brenda T. Rhoades*    SR
_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE